In the Matter of the Liquidation of THE GENERAL INSURANCE COMPANY, LTD., OF TRIESTE & VENICE.

CABELL & CABELL, Appellant; Superintendent of Insurance of the State of New York, as Liquidator of the GENERAL INSURANCE COMPANY, LTD., OF TRIESTE AND VENICE, Respondent.

Argued January 4, 1944; decided February 24, 1944.

*Hartwell Cabell,* appellant, in person.

*Alfred C. Bennett* and *Isaac Goldstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.